MARTHA HALL *et al.*, Appellants, v. OLIVIA L. DOUGHETT, EXECUTRIX, Respondent.

St. Louis Court of Appeals, May 11, 1897.

Jurisdiction, Appellate: ACTION INVOLVING TITLE TO REAL ESTATE. A suit in equity to set aside a deed of trust on land, is such an action as involves the title to real estate within the meaning of the state constitution, therefore not within the jurisdiction of this court.

*Appeal from the Greene Circuit Court.*—HON. JAMES T. NEVILLE, Judge.

TRANSFERRED TO SUPREME COURT.

BIGGS, J.—This is a suit in equity to set aside a deed of trust on land. In *Overton v. Overton*, 131 Mo. 559, the court decided that such an action involves the title to land within the meaning of the constitution defining and limiting the jurisdiction of this court. The cause will therefore be transferred to the supreme court. Judge BOND concurs; Judge BLAND is absent.